1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff
6  KEVIN MOY and the Proposed Class

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 KEVIN MOY,                              ) Case No.:  C 08-01383 MEJ
                                            )
13             Plaintiff,                   ) **NOTICE OF VOLUNTARY DISMISSAL**
                                            ) **WITHOUT PREJUDICE AS TO**
14       v.                                 ) **DEFENDANT NORTHWEST AIRLINES**
                                            ) **[F.R.C.P. Section 41(a)(1)]**
15 AIR NEW ZEALAND; ALL NIPPON              )
   AIRWAYS; CATHAY PACIFIC                  )
16 AIRWAYS; CHINA AIRLINES; EVA             )
   AIRLINES; JAPAN AIRLINES                 )
17 INTERNATIONAL; MALAYSIA                  )
   AIRLINES; NORTHWEST AIRLINES;            )
18 QANTAS AIRWAYS; SINGAPORE AIR;           )
   THAI AIRWAYS; and UNITED                 )
19 AIRLINES, INC.,                          )
                                            )
20             Defendants.                  )
                                            )
21 _____  )

22       Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Kevin Moy hereby

23 dismisses all claims made in Case No. C 08-01383 MEJ, without prejudice, against named defendant

24 Northwest Airlines.

25 Dated: March 24, 2008              GROSS BELSKY ALONSO LLP

26
                                      By:     /s/ Adam C. Belsky
27                                           Adam C. Belsky

28                                    Attorneys for Plaintiff KEVIN MOY
                                      and the Proposed Class

# CERTIFICATE OF SERVICE

RE:   *Kevin Moy v. Air New Zealand, et al.*
      Case No. CV 08-01383 MEJ

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. Section 41(a)(1)]**

___   **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX   **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-cv-05634-CRB.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008 at San Francisco, California.

                              /s/ Jessica Dean
                              JESSICA DEAN