1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff
6  KEVIN MOY and the Proposed Class

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | KEVIN MOY,                              ) Case No.:  C 08-01383 MEJ
   |                                         )
13 |              Plaintiff,                  ) **PLAINTIFF KEVIN MOY'S**
   |                                         ) **NOTICE OF PENDENCY OF**
14 |        v.                                ) **OTHER ACTION OR PROCEEDING**
   |                                         )
15 | AIR NEW ZEALAND; ALL NIPPON              ) **(Civil Local Rule 3-13)**
   | AIRWAYS; CATHAY PACIFIC                  )
16 | AIRWAYS; CHINA AIRLINES; EVA             )
   | AIRLINES; JAPAN AIRLINES                 )
17 | INTERNATIONAL; MALAYSIA                  )
   | AIRLINES; NORTHWEST AIRLINES;            )
18 | QANTAS AIRWAYS;  SINGAPORE AIR;          )
   | THAI AIRWAYS; and UNITED                 )
19 | AIRLINES, INC.,                          )
   |                                         )
20 |              Defendants.                 )
   |                                         )
21 |                                         )

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23          Pursuant to Civil L.R. 3-12, Plaintiff Kevin Moy gives notice that this action is related to

24 *Donald Wortman, et al. v. Air New Zealand, et al.,* Case No. C-07-5634 EDL, filed on November 6,

25 2007. The nature of the relationship between the *Moy* case and the *Wortman* case listed above is that

26 the cases involve substantially the same defendants, and require determination of the same or

27 substantially the same questions of fact and law and concern the same wrongful acts and occurrences.

28 Specifically, all cases involve allegations that defendants participated in a conspiracy to fix, raise,

1  maintain, and/or stabilize the prices of long-haul transpacific passenger flights to and from the United
2  States, including by fixing the price of fuel surcharges included in those fares in violation of the
3  Sherman Antitrust Act, 15 U.S.C. § 1. Given the closely related nature of each of these cases, each
4  involving substantially similar questions of law and fact, transfer of these other actions to this district
5  should be effected, pursuant to 28 U.S.C § 1407, in order to serve the interests of judicial economy and
6  avoid the potential for conflicting rulings. Thus, assignment of both of these actions to a single judge,
7  in this instance the honorable Charles R. Breyer whom has already been assigned the *Wortman* case,
8  is likely to effect a savings of judicial effort and other economies.

Dated: March 26, 2008                    GROSS BELSKY ALONSO LLP


                                         By:     /s/ Terry Gross
                                                  Terry Gross

                                         Attorneys for Plaintiff KEVIN MOY
                                         and the Proposed Class

# CERTIFICATE OF SERVICE

**RE:** *Kevin Moy v. Air New Zealand, et al.*
    **Case No. CV 08-01383 MEJ**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFF KEVIN MOY'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

\_\_\_   **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

\_\_\_   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX   **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-cv-05634-CRB.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008 at San Francisco, California.

            /s/ Mary B. Cunniff
            MARY B. CUNNIFF