Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Plaintiff
KEVIN MOY and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>AIR NEW ZEALAND, et al.,<br><br>                    Defendants. | Case No.  CV 07-5634 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF KEVIN MOY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil Local Rule 3-12 AND 7-11)** |
| **This Document Relates to:**<br><br>KEVIN MOY v. AIR NEW ZEALAND; ALL NIPPON AIRWAYS; CATHAY PACIFIC AIRWAYS; CHINA AIRLINES; EVA AIRLINES; JAPAN AIRLINES INTERNATIONAL; MALAYSIA AIRLINES; NORTHWEST AIRLINES; QANTAS AIRWAYS;  SINGAPORE AIR; THAI AIRWAYS; and UNITED AIRLINES, INC., | Case No.:   C 08-01383 MEJ |

1    Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Kevin Moy's Administrative

2  Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Kevin*

3  *Moy v. Air New Zealand, et al.*, Case No. CV 08-01383 MEJ, filed on March 11, 2008, is related to

4  the matter captioned *David Wortman v. Air New Zealand, et al.*, Case No. CV 07-0534 CRB, filed on

5  November 6, 2007 CRB.  Further, *Moy* shall be coordinated with the MDL proceeding entitled *In Re*

6  *Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. M:08-CV-01913 CRB.

7

8  Dated: _____March 31_____, 2008

   _____
   Honorable Charles R. Breyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28